IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.: 5:13-CR-42-MTT |
| vs. : | VIOLATIONS: 18 U.S.C. § 2113(a) |
| WILLIAM DALLAS SANFORD : | Bank Robbery |

THE GRAND JURY CHARGES:

COUNT ONE

[18 U.S.C. § 2113(a) – Bank Robbery]

On or about April 4, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

WILLIAM DALLAS SANFORD,

by force and violence, or intimidation did take from the person and presence of S.H., whose identity is known to the grand jury, approximately $9,000.00 in money belonging to and in the care, custody, control, management and possession of SunTrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

*[signature]*
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 16th day of May, AD 2013.

_____*[signature]*_____
Deputy Clerk