UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS



| | | | |
|---|---|---|---|
| Date: | 11/5/2013 | Type of Hearing: | Change of Plea |
| Judge: | Marc T. Treadwell | Court Reporter: | Sally Gray |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | |
| Courtroom: | A | | |

**Case Number: 5:13-CR-42-001(MTT)**

| | | | |
|---|---|---|---|
| U.S.A. | | AUSA: | Sonja Profit |
| v. | | | |
| William Dallas Sanford | | Counsel: | John Cole |

Agent/Experts in attendance: Beth Thomas, USPO
Leigh Swicord, USPO
Barry Stapleton, USPO

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 22 minutes**

| | |
|---|---|
| 9:11 am | Court called the case. Mr. Cole advised that Defendant will enter a change of plea without a plea agreement. Identity established. Defendant sworn. The Court inquired into Defendant's competence to plead and Defendant's voluntariness to plead. The Court reviewed constitutional rights with Defendant and waiver of rights. The Court confirmed Defendant's understanding of his waiver of rights. AUSA Profit explained the essential elements of the charge against Defendant. The Court confirmed Defendant's understanding of the indictment. AUSA Profit stated the range of sentence and maximum penalty. The Court confirmed Defendant's understanding of the possible sentence. AUSA Profit read the facts and Defendant confirmed understanding of facts as read. The Court inquired into any issues pertaining to sentencing and confirmed Defendant's understanding of the advisory sentencing guidelines. **Plea to Count 1 entered.** Defendant directed to cooperate with probation in the preparation of the pre-sentence investigation. **Sentencing to be held 1/15/2014 at 9:30 a.m.** Defendant remanded to the custody of the USMS. |
| 9:33 am | Matter concluded. |